No. 02–7946.  PAYTON v. WOODFORD, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–8095.  GREEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–8107.  PEREIRA v. CITY OF PLANT CITY, FLORIDA. C. A. 11th Cir.  Certiorari denied.

No. 02–8405.  WHITE v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–8441.  FRIEDMAN ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–8442.  RASMUSSEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–8516.  VEERAPOL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–8521.  RINGER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–8855.  KOLBERG v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 02–8918.  DELANCY v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8925.  BELL v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–8935.  ESTES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–8941.  SHERMAN v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–8954.  HADDAD v. MICHIGAN NATIONAL CORP. ET AL. C. A. 6th Cir.  Certiorari denied.